ACCEPTED
03-14-00105-CR
6632410
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/25/2015 8:21:30 AM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

***P. O. Box 399***
***Cedar Park, Texas 78613***
***512.215-8114 (fax)***

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/25/2015 8:21:30 AM

JEFFREY D. KYLE
Clerk

***TIM COPELAND\****
*(512) 897-8196 mobile/text*
tcopeland14@yahoo.com

***ERIKA COPELAND\*\****
*(512) 897-8126 mobile/text*
ecopeland63@yahoo.com

***\*Board Certified - Oil, Gas & Mineral Law***
***Texas Board of Legal Specialization***

***\*\*Of Counsel***

August 24, 2015

Clerk, Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

  Re: COA No. 03-14-00105-CR, *Darrell Wayne Parker v. State*

Dear Mr. Kyle:

  In response to the Court's notification dated August 12, 2015 that it was requesting oral argument on September 2, 2015 at 9:00 a.m. in the above referenced case, this is to advise you that our office will appear and argue the case at that time.

  The case will be argued on behalf of Appellant by Erika Copeland.

       Respectfully,

       /s/Erika Copeland

       Erika Copeland
       Attorney for Appellant

EC:aw

**CERTIFICATE OF SERVICE**

This is to certify that on August 24, 2014, a true and correct copy of the above and foregoing document was served on Bob Odom, Assistant District Attorney of Bell County, Texas, P.O. Box 540, Belton, Texas 76513, in accordance with the Texas Rules of Appellate Procedure.

/s/ Erika Copeland
Erika Copeland